# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Misc. 98-142 (cc)

IN RE: SEALED INVESTIGATION

VS.

CR/CIV/MISC 98-0142 CCC

RECEIVED & FILED
99 OCT -1 PM 2:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| 9-23-99 | 11<br>12 | Motion to Seal (11)<br>Motion for Disclosure of Grand Jury Material (12) |

[ ] Plaintiff(s)
[ ] Defendant(s)
[ ] government _____

## O-R-D-E-R

_x_ GRANTED. (11)     ___ DENIED.

___ MOOT.            _x_ NOTED. (12)

OTHER: _____

s/c Q. Rodriguez
Q. Laws
C. Vazquez

OCT - 1 1999

_9/29/99_
DATE

CARMEN CONSUELO CEREZO
United States District Judge

RECD.  TO JUDGE
OCT - 1 1999
BY #13