IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    October 6, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

IN RE:

SEALED INVESTIGATION          MISC. 98-0142CCC

By order of the Court, the Motion to Seal (**docket entry 11**) and the sealed Motion (**docket entry 12**) are GRANTED. Parties to be notified.

*[signature]* - Secretary

s/c: J. Rodriguez
C. Vazquez

OCT -7 1999

RECD.   TO JUDGE
OCT - 7 1999
BY